■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBEN PERRY, Appellant. [661 NYS2d 558] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.—Burglary, 1st Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.

■ In the Matter of THOMAS VALENTINE, Respondent, v PHILIP COOMBE, JR., as Acting Commissioner of the New York State Department of Correctional Services, et al., Appellants. [661 NYS2d 558] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—CPLR art 78.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.